Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LIKELIHOOD LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1289372** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2201 7th Ave**<br>**Seattle, WA 98121**<br>Number, Street, City, State & ZIP Code | **1220 Boren Ave #1103**<br>**Seattle, WA 98101**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **King**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://likelihood.us/** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

25-00202-FPC11   Doc 1   Filed 01/31/25   Entered 01/31/25 15:15:37   Pg 1 of 43

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __4582__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 2 of 43

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■■■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 31, 2025**
               MM / DD / YYYY

X    /s/ Daniel Carlson                                    **Daniel Carlson**
     Signature of authorized representative of debtor        Printed name

Title    **Member**

---

**18. Signature of attorney**

X _____        Date    **January 31, 2025**
  Signature of attorney for debtor                MM / DD / YYYY

**Jason Wax**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **206-292-2110**      Email address    **jwax@bskd.com**

**41944 WA**
Bar number and State

# MEMBER RESOLUTIONS OF
# LIKELIHOOD LLC

WHEREAS, LIKELIHOOD LLC, a Washington limited liability company (the "Company"), is experiencing significant financial challenges; and

WHEREAS, the undersigned are the only members of the Company (the "Members"); and

WHEREAS, it is the opinion of the Members that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interests in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Members direct the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Daniel Carlson and Aaron DelGuzzo are hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Bush Kornfeld is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

SIGNED this 30th day of January, 2025.

**LIKELIHOOD LLC**                                         **LIKELIHOOD LLC**

_Daniel Carlson_
[Daniel Carlson (Jan 30, 2025 20:11 PST)]                    _Aaron DelGuzzo_
_____                     _____
Daniel Carlson, Member                                   Aaron DelGuzzo, Member

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 31, 2025**    **X**   /s/ Daniel Carlson

Signature of individual signing on behalf of debtor

**Daniel Carlson**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **LIKELIHOOD LLC** |
|---|---|
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8fig<br>1717 W 6th St<br>Suite 335<br>Austin, TX 78703 | | Money loaned | Disputed | | | $387,454.04 |
| Acorn Development LLC<br>c/o Amazon.com., Inc. Attn: GREF<br>202 Westlake Avenue N<br>Seattle, WA 98109-5210 | | Unpaid rent | | | | $29,500.00 |
| Adidas<br>5055 N Greeley Avenue<br>Portland, OR 97217 | | Trade debt | | | | $49,646.12 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | | Business credit card | | | | $35,593.24 |
| Asics America Corporation<br>7755 Irvine Center Drive<br>Suite 400<br>Irvine, CA 92618 | | Trade debt | | | | $33,063.00 |
| Carhartt WIP<br>401 Broadway<br>Suite 1401<br>New York, NY 10013 | | Trade debt | | | | $40,248.00 |
| CFT Clear Finance Technology Corp<br>2810 N Church St #68100<br>Wilmington, DE 19802-4447 | | Money loaned | Disputed | | | $52,000.00 |
| Converse<br>1 Lovejoy Wharf<br>Boston, MA 02114 | | Trade debt | | | | $22,729.00 |

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 7 of 43

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Crocs Inc. 13601 Via Varra Broomfield, CO 80020 | | Trade debt | | | | $33,761.10 |
| Issey Miyake USA Corp. 119 Hudson St New York, NY 10013 | | Trade debt | | | | $17,504.00 |
| KeyBank 1301 5th Avenue 24th Floor Seattle, WA 98101 | | | | $2,400,000.00 | $0.00 | $2,400,000.00 |
| Nancy DelGuzzo 2 16th Street, Boury Lofts Wheeling, WV 26003 | | Money loaned | | | | $300,000.00 |
| Nike/Jordan One Bowerman Drive Beaverton, OR 97005-0979 | | Trade debt | | | | $175,479.02 |
| On Inc. 1250 NW 9th Ave, 5th Floor Portland, OR 97209 | | Trade debt | | | | $55,627.61 |
| Puma North America, Inc. 455 Grand Union Boulevard Somerville, MA 02145 | | Trade debt | | | | $17,607.29 |
| Shopify Capital 100 Shockoe Slip, 2nd Floor Richmond, VA 23219 | | Money loaned | Disputed | | | $245,320.50 |
| Stussy 17426 Daimler Street Irvine, CA 92614 | | Trade debt | | | | $48,235.00 |
| Tony DelGuzzo No Knead Bakery 3214 Huntsman Dr Huntingtown, MD 20639 | | Money loaned | | | | $25,000.00 |
| U.S. Small Business Administration 10737 Gateway West #300 El Paso, TX 79935 | | Inventory | | $730,000.00 | $241,193.00 | $488,807.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Washington Department of Revenue Compliance Division-Yakima Suite 3703 River Rd, Suit 3 Yakima, WA 98902-7325** | | **Sales tax** | | | | **Unknown** |

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................   $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................   $     **382,721.85**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $     **382,721.85**

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **3,130,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................   $     **146,255.72**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **1,782,408.01**

4.   Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b         $     **5,058,663.73**

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 10 of 43

Fill in this information to identify the case:

Debtor name    **LIKELIHOOD LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Business bank account at Mercury (last four 2307)** | | | **$1,500.00** |

4.    **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. **E-commerce merchant account at Afterpay (last four 8211)** | **$1,487.01** |
| 4.2. **E-commerce merchant account at Stripe (last four SvtK)** | **$108,697.00** |
| 4.3. **E-commerce merchant account at Affirm (last four 4807)** | **$6,344.84** |

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$118,028.85**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 11 of 43

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| Inventory | 1/31/25 | Unknown | Recent cost | $241,193.00 |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

> $241,193.00

**24.  Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** Retail shelving and glass cases | **Unknown** | **N/A** | **$21,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers and phones | **Unknown** | **N/A** | **$2,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                   **$23,500.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Trademark for name "LIKELIHOOD" | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 13 of 43

| www.likelihood.us domain name | Unknown | Unknown |
| --- | --- | --- |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☑ No
     ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes Fill in the information below.

                                                    **Current value of debtor's interest**

71. **Notes receivable**
     Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Artwork in retail store** | Unknown |
| --- | --- |

78. **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

$0.00

25-00202-FPC11     Doc 1     Filed 01/31/25     Entered 01/31/25 15:15:37     Pg 14 of 43

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $118,028.85 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $241,193.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $23,500.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $382,721.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $382,721.85 |

Debtor name **LIKELIHOOD LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1  KeyBank**
Creditor's Name

**1301 5th Avenue**
**24th Floor**
**Seattle, WA 98101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Security interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,400,000.00** | **$0.00**

**2.2  U.S. Small Business Administration**
Creditor's Name

**10737 Gateway West #300**
**El Paso, TX 79935**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**9372**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Inventory**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$730,000.00** | **$241,193.00**

25-00202-FPC11   Doc 1   Filed 01/31/25   Entered 01/31/25 15:15:37   Pg 17 of 43

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$3,130,000.00**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Schweet Linde & Rosenblum PLLC**<br>**575 S. Michigan Street**<br>**Seattle, WA 98108** | Line   **2.1** | |
| **U.S. Small Business Admin**<br>**Legal Dept.**<br>**2401 Fourth Ave. #450**<br>**Seattle, WA 98121** | Line   **2.2** | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$146,255.72** | **Unknown** |

| | |
|---|---|
| **Washington Department of Revenue**<br>**Compliance Division-Yakima**<br>**Suite 3703 River Rd, Suit 3**<br>**Yakima, WA 98902-7325** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**Various dates** | Basis for the claim:<br>**Sales tax** |
| Last 4 digits of account number **2390**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$387,454.04** |

| | |
|---|---|
| **8fig**<br>**1717 W 6th St**<br>**Suite 335**<br>**Austin, TX 78703** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Money loaned** |
| Last 4 digits of account number **LIKELIHOOD** | Is the claim subject to offset? ■ No ☐ Yes |

|  |  | Amount of claim |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$1,350.00** |

| | |
|---|---|
| **A Hope Hemp - Cheater Five Inc.**<br>**4616 25th Ave, NE**<br>**#326**<br>**Seattle, WA 98105** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred **2024** | Basis for the claim: **Trade debt** |
| Last 4 digits of account number **3587** | Is the claim subject to offset? ■ No ☐ Yes |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,500.00** |
|---|---|---|---|

**Acorn Development LLC**
**c/o Amazon.com., Inc. Attn: GREF**
**202 Westlake Avenue N**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Unpaid rent**

Last 4 digits of account number **4534**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,218.80** |
|---|---|---|---|

**ACRONYM GmbH**
**Zuccalistrasse 1**
**80639 Munich, Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various dates**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **116**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,646.12** |
|---|---|---|---|

**Adidas**
**5055 N Greeley Avenue**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various dates**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **9000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,736.00** |
|---|---|---|---|

**Adidas Fashion Group**
**5055 N Greeley Avenue**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Varioius dates**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **4698**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,667.70** |
|---|---|---|---|

**Adish**
**STRYK STUDIO, MARBURGER STRASSE 3**
**10789 Berlin, Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various dates**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **450**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,415.00** |
|---|---|---|---|

**Affix Workshop Workd Ltd**
**255-261 Horn Lane, Acton**
**London, United Kingdom W3 9EH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various dates**

**Basis for the claim:** **Trade debt**

Last 4 digits of account number **814**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,593.24** |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various dates**

**Basis for the claim:** **Business credit card**

Last 4 digits of account number **3004**

Is the claim subject to offset? ■ No ☐ Yes

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 20 of 43

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Arete Law Group**
**600 University Street**
**Suite 2420**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various dates__

Basis for the claim: __Legal services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,063.00 |
|---|---|---|---|

**Asics America Corporation**
**7755 Irvine Center Drive**
**Suite 400**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various__

Basis for the claim: __Trade debt__

Last 4 digits of account number __8305__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,435.00 |
|---|---|---|---|

**Autry**
**90 Broad Street**
**10th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various dates__

Basis for the claim: __Trade debt__

Last 4 digits of account number __28__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,631.00 |
|---|---|---|---|

**Awake NY, Inc.**
**1815 S Anderson Ave**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various dates__

Basis for the claim: __Trade debt__

Last 4 digits of account number __2471__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,098.00 |
|---|---|---|---|

**BAO BAO Issey Miyake**
**119 Hudson Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number __87__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00 |
|---|---|---|---|

**Boiler Room**
**5th Floor, 89 New Bond Street**
**London, W1S 1DA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various dates__

Basis for the claim: __Trade debt__

Last 4 digits of account number __LIKELIHOOD__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,763.50 |
|---|---|---|---|

**Byredo USA Inc.**
**240 West 35th Street 14th Fl**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Various dates__

Basis for the claim: __Trade debt__

Last 4 digits of account number __3491__

Is the claim subject to offset? ■ No ☐ Yes

---

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 21 of 43

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,382.25 |
|---|---|---|---|

**Camper**
CAMPER ATLANTIC CORP
 221 Bowery Street
New York, NY 10002

Date(s) debt was incurred  **Various dates**

Last 4 digits of account number  **5866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,248.00 |
|---|---|---|---|

**Carhartt WIP**
401 Broadway
Suite 1401
New York, NY 10013

Date(s) debt was incurred  **Various dates**

Last 4 digits of account number  **LIKELIHOOD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**CBIZ Tax Prep**
5959 Rockside Woods Blvd. N
Suite 600
Cleveland, OH 44131

Date(s) debt was incurred  **Various dates**

Last 4 digits of account number  **1113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,000.00 |
|---|---|---|---|

**CFT Clear Finance Technology Corp**
2810 N Church St #68100
Wilmington, DE 19802-4447

Date(s) debt was incurred  **Various dates**

Last 4 digits of account number  **9140**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,795.00 |
|---|---|---|---|

**CIT Group Commercial Services**
c/o Law Office of Benjamin E. Kelly
9218 Roosevelt Way NE
Seattle, WA 98115

Date(s) debt was incurred  **Various dates**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,666.25 |
|---|---|---|---|

**Clarks**
355 Kindig Lane
Hanover, PA 17331

Date(s) debt was incurred  **Various dates**

Last 4 digits of account number  **5799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,729.00 |
|---|---|---|---|

**Converse**
1 Lovejoy Wharf
Boston, MA 02114

Date(s) debt was incurred  **Various dates**

Last 4 digits of account number  **2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 22 of 43

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Crocs Inc.**<br>**13601 Via Varra**<br>**Broomfield, CO 80020**<br><br>**Date(s) debt was incurred  Various dates**<br>**Last 4 digits of account number  4754** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,761.10** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Doublet**<br>**Oga Building, 401 Yoga**<br>**2-39-17, Tokyo, Setagaya-ku**<br>**158-0097 Japan**<br><br>**Date(s) debt was incurred  Various dates**<br>**Last 4 digits of account number  9372** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,536.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Emotive**<br>**8605 Santa Monica Boulevard**<br>**West Hollywood, CA 90069**<br><br>**Date(s) debt was incurred  Various dates**<br>**Last 4 digits of account number  LIKELIHOOD** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$854.91** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Endless Joy**<br>**52 Greenlands Road, Redcar**<br>**North Yorkshire TS10 2DH**<br>**United Kingdom**<br><br>**Date(s) debt was incurred  Various dates**<br>**Last 4 digits of account number  KE24** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,483.41** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Fila**<br>**930 Ridgebrook Rd**<br>**Sparks Glencoe, MD 21152**<br><br>**Date(s) debt was incurred  Various dates**<br>**Last 4 digits of account number  2729** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,471.56** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**HOKA ONE ONE**<br><br>**250 Coromar Drive**<br>**Goleta, CA 93117**<br><br>**Date(s) debt was incurred  Various dates**<br>**Last 4 digits of account number  1763** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,379.54** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Issey Miyake USA Corp.**<br>**119 Hudson St**<br>**New York, NY 10013**<br><br>**Date(s) debt was incurred  Various dates**<br>**Last 4 digits of account number  87** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,504.00** |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,774.00 |
| --- | --- | --- | --- |
| | Karhu North America, LLC<br>89 Front Street, Suite 312<br>Marblehead, MA 01945 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various dates** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **E001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,515.00 |
| --- | --- | --- | --- |
| | Kartik Research<br>DMSR, UNIT C11.5, PARK HALL TRADING<br>London, United Kingdom SE21 8EN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various dates** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **2455** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | Klarna Inc.<br>800 N High St<br>Suite #04121<br>Columbus, OH 43215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
| --- | --- | --- | --- |
| | Lemaire<br>JINGHI SAS - 12 rue de Turenne<br>75004 PARIS France | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various dates** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **125** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,700.00 |
| --- | --- | --- | --- |
| | Margiela USA Inc.<br>220 West 19th Street<br>New York, NY 10011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various dates** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **786** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,783.00 |
| --- | --- | --- | --- |
| | Marni USA Corp.<br>220 West 19th St.<br>11th Floor<br>New York, NY 10011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various dates** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **786** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,649.30 |
| --- | --- | --- | --- |
| | Metalwood Studio, LLC<br>4231 1/2 Avocado Street<br>Los Angeles, CA 90027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various dates** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **7049** | Is the claim subject to offset? ■ No ☐ Yes | |

25-00202-FPC11    Doc 1    Filed 01/31/25    Entered 01/31/25 15:15:37    Pg 24 of 43

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,971.50** |
|---|---|---|---|

**Miller Nash**
**111 Sw Fifth Avenue**
**Suite 3400**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Professional services**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Nancy DelGuzzo**
**2 16th Street, Boury Lofts**
**Wheeling, WV 26003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Money loaned**

Last 4 digits of account number  **LIKELIHOOD**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,748.24** |
|---|---|---|---|

**New Balance**
**P.O. Box 415206**
**Boston, MA 02241-5206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1014**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,479.02** |
|---|---|---|---|

**Nike/Jordan**
**One Bowerman Drive**
**Beaverton, OR 97005-0979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1851**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,824.41** |
|---|---|---|---|

**Norda Run, Inc.**
**3250 Chemin Curtis**
**Barnston West QC J0B 1C0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **LIKELIHOOD**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,627.61** |
|---|---|---|---|

**On Inc.**
**1250 NW 9th Ave, 5th Floor**
**Portland, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5015**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,959.78** |
|---|---|---|---|

**Paychex**
**1175 John Street**
**West Henrietta, NY 14586-9199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Payroll processing service**

Last 4 digits of account number  **2009**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,607.29 |
|---|---|---|---|

**Puma North America, Inc.**
**455 Grand Union Boulevard**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3539**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,188.96 |
|---|---|---|---|

**Reebok NGG++**
**New Guards Group Holding S.p.A.**
**Via Filippo Turati, 12**
**20121 Milano, Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1369**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,925.00 |
|---|---|---|---|

**Samuel Zelig**
**308 N Sycamore Ave**
**Apt 502**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **LIKELIHOOD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,173.60 |
|---|---|---|---|

**Saucony**
**Wolverine World Wide, Inc.**
**9341 Courtland Drive**
**Rockford, MI 49351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9697**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,141.66 |
|---|---|---|---|

**Seattle City Light**
**700 5th Avenue**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Electric service**

Last 4 digits of account number  **7369**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245,320.50 |
|---|---|---|---|

**Shopify Capital**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Money loaned**

Last 4 digits of account number  **4843**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,735.02 |
|---|---|---|---|

**Signifyd**
**99 South Almaden Boulevard**
**Suite 400**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **163**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Slavinraphael Distribution Inc.**<br>**1293 Caledonia Rd.**<br>**Toronto, ON M6A 2X7** | **$2,561.30** |

**Date(s) debt was incurred** __Various dates__

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __LIKELIHOOD__

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Stepney Workers Club USA Inc.**<br>**1430 Broadway**<br>**Suite 1503**<br>**New York, NY 10018** | **$4,615.00** |

**Date(s) debt was incurred** __Various dates__

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __LIKELIHOOD__

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Stussy**<br>**17426 Daimler Street**<br>**Irvine, CA 92614** | **$48,235.00** |

**Date(s) debt was incurred** __Various dates__

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __LIKELIHOOD__

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Tony DelGuzzo**<br>**No Knead Bakery**<br>**3214 Huntsman Dr**<br>**Huntingtown, MD 20639** | **$25,000.00** |

**Date(s) debt was incurred** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __LIKELIHOOD__

**Basis for the claim:** __Money loaned__

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**ULINE**<br>**Accounts Receivable PO Box 88410**<br>**Chicago, IL 60680-1741** | **$1,253.91** |

**Date(s) debt was incurred** __Various dates__

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __6673__

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Umbro/Slam Jam**<br>**Slam Jam HQ, via F.L. Ferrari 37/a**<br>**44122, Ferrara Italy** | **$7,609.44** |

**Date(s) debt was incurred** __Various dates__

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __LIKELIHOOD__

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Vans**<br>**1551 Wewatta Street**<br>**Denver, CO 80202** | **$1,367.05** |

**Date(s) debt was incurred** __Various dates__

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number** __903__

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

25-00202-FPC11   Doc 1   Filed 01/31/25   Entered 01/31/25 15:15:37   Pg 27 of 43

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **8Fig, Inc.**<br>**11801 Domain Boulevard, Fl. 3**<br>**Austin, TX 78758** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **8Fig, Inc.**<br>**R/A VCorp Services, LLC**<br>**1999 Bryan Street, Suite 900**<br>**Dallas, TX 75201** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Acorn Development LLC**<br>**c/o Amazon.com, Inc. Attn: GC RE**<br>**410 Terry Ave N**<br>**Seattle, WA 98109-5210** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Meg Augustine**<br>**A.M. Saccullo Legal LLC**<br>**27 Crimson King Dr.**<br>**Bear, DE 19701** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 146,255.72 |
| **5b. Total claims from Part 2** | 5b.  + | $ 1,782,408.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,928,663.73 |

**Fill in this information to identify the case:**

Debtor name    **LIKELIHOOD LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Term lease of business premises located at retail space #3, 2201 7th Ave, Seattle, WA 98121.** <br><br> State the term remaining    **4 years** <br><br> List the contract number of any government contract | **Acorn Development LLC** <br> **c/o Amazon.com, Inc. Attn: GREF** <br> **202 Westlake Ave N** <br> **Seattle, WA 98109-5210** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Month-to-month lease for creative studio space for business use** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Anne Michelson Property** <br> **1115 East Pike Street, 3rd Fl** <br> **Seattle, WA 98122** |

Debtor name   **LIKELIHOOD LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Aaron DelGuzzo** | **1220 Boren Ave, Suite 1103 Seattle, WA 98101-1751** | **Acorn Development LLC** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.2 | **Aaron DelGuzzo** | **1220 Boren Ave, Suite 1103 Seattle, WA 98101-1751** | **KeyBank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Daniel Carlson** | **1220 Boren Ave, Suite 1103 Seattle, WA 98101-1751** | **Acorn Development LLC** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.4 | **Daniel Carlson** | **1220 Boren Ave, Suite 1103 Seattle, WA 98101-1751** | **KeyBank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Aaron DelGuzzo** | **1220 Boren Ave, Suite 1103 Seattle, WA 98101-1751** | **Acorn Development LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

25-00202-FPC11   Doc 1   Filed 01/31/25   Entered 01/31/25 15:15:37   Pg 30 of 43

Debtor   **LIKELIHOOD LLC**                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                  *Column 2:* **Creditor**

| 2.6 | **Daniel Carlson** | 1220 Boren Ave, Suite 1103<br>Seattle, WA 98101-1751 | **Acorn Development LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.1__ |

25-00202-FPC11   Doc 1   Filed 01/31/25   Entered 01/31/25 15:15:37   Pg 31 of 43

# United States Bankruptcy Court
## Eastern District of Washington

In re    **LIKELIHOOD LLC** _____    Case No. _____

                                                Debtor(s)        Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 31, 2025** _____       Signature    /s/ Daniel Carlson _____

                                                                                    **Daniel Carlson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re  **LIKELIHOOD LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 31, 2025**

/s/ Daniel Carlson

**Daniel Carlson**/**Member**
Signer/Title

```
LIKELIHOOD LLC
1220 Boren Ave #1103
Seattle, WA 98101


Jason Wax
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046
```

```
WA Attorney General
Bankrupcty & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


8fig
1717 W 6th St
Suite 335
Austin, TX 78703


8Fig, Inc.
11801 Domain Boulevard, Fl. 3
Austin, TX 78758


8Fig, Inc.
R/A VCorp Services, LLC
1999 Bryan Street, Suite 900
Dallas, TX 75201
```

A Hope Hemp - Cheater Five Inc.
4616 25th Ave, NE
#326
Seattle, WA 98105


Aaron DelGuzzo
1220 Boren Ave, Suite 1103
Seattle, WA 98101-1751


Acorn Development LLC
c/o Amazon.com., Inc. Attn: GREF
202 Westlake Avenue N
Seattle, WA 98109-5210


Acorn Development LLC
c/o Amazon.com, Inc. Attn: GC RE
410 Terry Ave N
Seattle, WA 98109-5210


Acorn Development LLC
c/o Amazon.com, Inc. Attn: GREF
202 Westlake Ave N
Seattle, WA 98109-5210


ACRONYM GmbH
Zuccalistrasse 1
80639 Munich, Germany


Adidas
5055 N Greeley Avenue
Portland, OR 97217


Adidas Fashion Group
5055 N Greeley Avenue
Portland, OR 97217


Adish
STRYK STUDIO, MARBURGER STRASSE 3
10789 Berlin, Germany

Affix Workshop Workd Ltd
255-261 Horn Lane, Acton
London, United Kingdom W3 9EH


American Express
P.O. Box 981535
El Paso, TX 79998


Anne Michelson Property
1115 East Pike Street, 3rd Fl
Seattle, WA 98122


Arete Law Group
600 University Street
Suite 2420
Seattle, WA 98101


Asics America Corporation
7755 Irvine Center Drive
Suite 400
Irvine, CA 92618


Autry
90 Broad Street
10th Floor
New York, NY 10004


Awake NY, Inc.
1815 S Anderson Ave
Compton, CA 90220


BAO BAO Issey Miyake
119 Hudson Street
New York, NY 10013


Boiler Room
5th Floor, 89 New Bond Street
London, W1S 1DA

Byredo USA Inc.
240 West 35th Street 14th Fl
New York, NY 10001


Camper
CAMPER ATLANTIC CORP
 221 Bowery Street
New York, NY 10002


Carhartt WIP
401 Broadway
Suite 1401
New York, NY 10013


CBIZ Tax Prep
5959 Rockside Woods Blvd. N
Suite 600
Cleveland, OH 44131


CFT Clear Finance Technology Corp
2810 N Church St #68100
Wilmington, DE 19802-4447


CIT Group Commercial Services
c/o Law Office of Benjamin E. Kelly
9218 Roosevelt Way NE
Seattle, WA 98115


Clarks
355 Kindig Lane
Hanover, PA 17331


Converse
1 Lovejoy Wharf
Boston, MA 02114


Crocs Inc.
13601 Via Varra
Broomfield, CO 80020

```
Daniel Carlson
1220 Boren Ave, Suite 1103
Seattle, WA 98101-1751


Doublet
Oga Building, 401 Yoga
2-39-17, Tokyo, Setagaya-ku
158-0097 Japan


Emotive
8605 Santa Monica Boulevard
West Hollywood, CA 90069


Endless Joy
52 Greenlands Road, Redcar
North Yorkshire TS10 2DH
United Kingdom


Fila
930 Ridgebrook Rd
Sparks Glencoe, MD 21152


HOKA ONE ONE
250 Coromar Drive
Goleta, CA 93117


Issey Miyake USA Corp.
119 Hudson St
New York, NY 10013


Karhu North America, LLC
89 Front Street, Suite 312
Marblehead, MA 01945


Kartik Research
DMSR, UNIT C11.5, PARK HALL TRADING
London, United Kingdom SE21 8EN
```

KeyBank
1301 5th Avenue
24th Floor
Seattle, WA 98101


Klarna Inc.
800 N High St
Suite #04121
Columbus, OH 43215


Lemaire
JINGHI SAS - 12 rue de Turenne
75004 PARIS France


Margiela USA Inc.
220 West 19th Street
New York, NY 10011


Marni USA Corp.
220 West 19th St.
11th Floor
New York, NY 10011


Meg Augustine
A.M. Saccullo Legal LLC
27 Crimson King Dr.
Bear, DE 19701


Metalwood Studio, LLC
4231 1/2 Avocado Street
Los Angeles, CA 90027


Miller Nash
111 Sw Fifth Avenue
Suite 3400
Portland, OR 97204

Nancy DelGuzzo
2 16th Street, Boury Lofts
Wheeling, WV 26003


New Balance
P.O. Box 415206
Boston, MA 02241-5206


Nike/Jordan
One Bowerman Drive
Beaverton, OR 97005-0979


Norda Run, Inc.
3250 Chemin Curtis
Barnston West QC J0B 1C0
Canada


On Inc.
1250 NW 9th Ave, 5th Floor
Portland, OR 97209


Paychex
1175 John Street
West Henrietta, NY 14586-9199


Puma North America, Inc.
455 Grand Union Boulevard
Somerville, MA 02145


Reebok NGG++
New Guards Group Holding S.p.A.
Via Filippo Turati, 12
20121 Milano, Italy


Samuel Zelig
308 N Sycamore Ave
Apt 502
Los Angeles, CA 90036

Saucony
Wolverine World Wide, Inc.
9341 Courtland Drive
Rockford, MI 49351


Schweet Linde & Rosenblum PLLC
575 S. Michigan Street
Seattle, WA 98108


Seattle City Light
700 5th Avenue
Seattle, WA 98104


Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


Signifyd
99 South Almaden Boulevard
Suite 400
San Jose, CA 95113


Slavinraphael Distribution Inc.
1293 Caledonia Rd.
Toronto, ON M6A 2X7


Stepney Workers Club USA Inc.
1430 Broadway
Suite 1503
New York, NY 10018


Stussy
17426 Daimler Street
Irvine, CA 92614


Tony DelGuzzo
No Knead Bakery
3214 Huntsman Dr
Huntingtown, MD 20639

U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935


ULINE
Accounts Receivable PO Box 88741
Chicago, IL 60680-1741


Umbro/Slam Jam
Slam Jam HQ, via F.L. Ferrari 37/a
44122, Ferrara Italy


Vans
1551 Wewatta Street
Denver, CO 80202


Washington Department of Revenue
Compliance Division-Yakima
Suite 3703 River Rd, Suit 3
Yakima, WA 98902-7325